**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:15-10077-STA |
| ) | |
| ANDREW BLAKE MOOREHEAD, ) | |
| ) | |
| Defendant. ) | |

___

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

___

This cause came to be heard on September 29, 2017, Assistant United States Attorney, Deb Ireland, appearing for the Government and the defendant, Andrew Blake Moorehead, appearing in person, and with counsel, Dianne Smothers and Randolph Alden.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 2, 2018 at 9:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 29th day of September, 2017.

                                     s/ S. Thomas Anderson
                                     CHIEF JUDGE, U. S. DISTRICT COURT