IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                             CR. NO. 15-10077-STA

ANDREW BLAKE MOOREHEAD

       Defendant.

---

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING
AND NOTICE OF RESETTING**

---

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the sentencing.

The sentencing shall be reset for the **2nd day of February, 2018 at 10:30 a.m.**

It is so **ORDERED**, this the 21st day of December, 2017.

                                            s/S. Thomas Anderson
                                            HONORABLE S. THOMAS ANDERSON
                                            CHIEF U.S. DISTRICT JUDGE